DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
MARLA K. LETELLIER
Special Assistant United States Attorney
California Bar No. 234969
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8928
Fax: (415) 744-0134
Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID I. BAUMGARTNER,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:15-cv-01912-RFB-GWF |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
### (First Request by Defendant)

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Marla Letellier, Special Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Remand, which was filed on April 11, 2016, by 30 days from May 16, 2016 to June 15, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion. Counsel for Defendant contacted Plaintiff's counsel on May 11, 2016, and Plaintiff does not oppose Defendant's motion. Defendants' current deadline is May 16, 2016.

The instant request is not intended to cause delay and is necessary because counsel for Defendant has been unexpectedly out of the office during the first half of this week due to illness.

Defendant requests a 30 day extension because of Counsel's heavy workload, which includes preparing a Ninth Circuit appellee's brief as well as dispositive motions in nine Federal District Court cases between May 10, 2016 and May 31, 2016.  Finally, Counsel's husband will be having knee surgery in early June and Counsel anticipates being out of the office for three to five days at that time.

It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of time to respond to Plaintiff's motion, up to and including June 15, 2016.

Dated:  May 11, 2016.

                Respectfully submitted

                DANIEL G. BOGDEN
                United States Attorney

                */s/ Marla K. Letellier*
                MARLA K. LETELLIER
                Special Assistant United States Attorney

OF COUNSEL:

DEBORAH STACHEL
Acting Regional Chief Counsel

                IT IS SO ORDERED:

                _____
                UNITED STATES MAGISTRATE JUDGE

                DATED: ___May 12, 2016_____

# CERTIFICATE OF SERVICE

I, Marla Letellier, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method of service, identified below:

**CM/ECF:**

Marc V. Kalagian
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Email: marc.kalagian@rksslaw.com

Gerald M. Welt
Attorney at Law
703 S. Eight Street
Las Vegas, NV 89101

Dated this 11th day of May, 2016

*/s/ Marla K. Letellier*
MARLA K. LETELLIER
Assistant United States Attorney

3